IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Equinor Energy L.P, f/n/a and a/k/a Brigham Oil & Gas L.P. and Statoil Oil and Gas L.P., <br><br> Plaintiff, <br><br> v. <br><br> Sunny Acres, LLC and Larry Novak, <br><br> Defendants. | **ORDER LIFTING STAY AND SETTING A SCHEDULING CONFERENCE** <br><br> Case No: 1:21-cv-82 |

On July 6, 2021, the parties filed a Joint Stipulation to Hold Action in Abeyance. (Doc. No.15). The court issued an order adopting the stipulation and directing the parties to file a status report by October 8, 2021. (Doc. No. 16).

On October 8, 2021, the parties filed a status report in which they, among other things, requested that the court continue to hold this matter in abeyance. (Doc. No. 17). The court issued an order granting their request and directing them to file another status report by January 24, 2022. (Doc. No. 18).

On January 24, 2022, the parties filed a second status report as directed. (Doc. No. 19). Therein the requested that the stay on this litigation be lifted. The court **GRANTS** the parties' request. The stay is lifted. The court shall hold a scheduling conference with the parties by telephone on February 16, 2022, at 11:00 AM by telephone. To participate in the conference, the parties are to call (877) 810-9415 and enter access code 8992581.

In preparation for the scheduling conference, counsel are directed to confer in accordance with Rule 26(f) of the Federal Rules of Civil Procedure. They shall prepare and submit a joint

1

proposed scheduling/discovery plan to the court that reflects their Rule 26(f) discussions and includes at least those items listed in the form Scheduling/Discovery Plan posted on the court's website (www.ndd.uscourts.gov/forms/).  The plan shall be emailed no later than 2 days prior to the conference to court at ndd_J-Hochhalter@ndd.uscourts.gov.  Any disagreements among counsel shall be addressed at the scheduling conference.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
